## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

------------------------------------------------------------------------------

*JUDGMENT IN A CIVIL CASE*

Rodney Bradshaw,

                    Plaintiff,


        v                                    Case Number-15-1086–MLB


Bruce Gatterman, et al.,

                    Defendants.



        Judgment is ordered in favor of defendants.


Date: September 21, 2015




                                    TIMOTHY M. O'BRIEN
                                     Clerk of the Court


                                     _s/ Rachael Silva_____
                                    Rachael Silva, Deputy Clerk